# EXHIBIT A

Wolters Kluwer

**CT Corporation**
**Service of Process Notification**
05/28/2024
CT Log Number 546535952

## Service of Process Transmittal Summary

**TO:** LGS SOP
APPLE INC.
ONE APPLE PARK WAY, MS 37-1IPL
CUPERTINO, CA 95014-0642

**RE:** **Process Served in Illinois**

**FOR:** Apple Inc. (Domestic State: CA)
According to our records representation services for this entity have been discontinued in this jurisdiction.

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Re: MARY ALDUGOM // To: Apple Inc. |
| **DOCUMENT(S) SERVED:** | Summons, Proof of Service, Complaint, Affidavit, Jury Demand |
| **COURT/AGENCY:** | Cook County Circuit Court - Law Division, IL<br>Case # 23L9746 |
| **NATURE OF ACTION:** | Property Damage Litigation |
| **PROCESS SERVED ON:** | C T Corporation System, Chicago, IL |
| **DATE/METHOD OF SERVICE:** | By Process Server on 05/28/2024 at 14:37 |
| **JURISDICTION SERVED:** | Illinois |
| **APPEARANCE OR ANSWER DUE:** | Within 30 days after you have been served (Document(s) may contain additional answer dates) |
| **ATTORNEY(S)/SENDER(S):** | Keenan J. Saulter<br>Saulter Law P.C.<br>18430 West Creek Drive<br>Tinley Park, IL 60477<br>708-573-0060 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 05/30/2024, Expected Purge Date: 06/04/2024<br><br>Image SOP<br><br>Email Notification, Charstie Wheelock wheelock@apple.com<br><br>Email Notification, Erik Floyd efloyd@apple.com<br><br>Email Notification, Ryan Moran rmoran@apple.com<br><br>Email Notification, Jennifer Brown jennifer_brown@apple.com<br><br>Email Notification, Susan Guarino sguarino@apple.com<br><br>Email Notification, Andrew Farthing afarthing@apple.com<br><br>Email Notification, Lisa Olle olle@apple.com<br><br>Email Notification, Maya Kumar maya_kumar@apple.com |

Wolters Kluwer

**CT Corporation**
**Service of Process Notification**
05/28/2024
CT Log Number 546535952

Email Notification, Stephanie Fine stephanie_fine@apple.com

Email Notification, Amy Handler ahandler@apple.com

Email Notification, Gabe Zeldin gzeldin@apple.com

Email Notification, James Wiley, Jr. jwileyjr@apple.com

Email Notification, Jesse Koehler jesse_koehler@apple.com

Email Notification, Andrew Stein andrew_stein@apple.com

Email Notification, Matt Clements matthew_clements@apple.com

Email Notification, Natalie Pous npous@apple.com

Email Notification, Mara Selfridge mselfridge@apple.com

Email Notification, Amy Walters amy_walters@apple.com

Email Notification, Robin Goldberg robin_goldberg@apple.com

Email Notification, Garrett Sakimae gsakimae@apple.com

Email Notification, LGS SOP lgsopssop@group.apple.com

Email Notification, Audrey Stano a_stano@apple.com

Email Notification, Lloyd Keith II fkeith@apple.com

Email Notification, Colette Mayer colette.mayer@apple.com

Email Notification, Anita Bamshad abamshad@apple.com

Email Notification, Jack Pararas jpararas@apple.com

Email Notification, Tucker Terhufen tterhufen@apple.com

Email Notification, Jenny Liu jianing_liu@apple.com

Email Notification, Javier Ortega Alvarez j_ortegaalvarez@apple.com

Email Notification, Meaghan Thomas-Kennedy m_thomaskennedy@apple.com

Email Notification, Raisa Ahmad rahmad2@apple.com

Email Notification, Diek Van Nort dvannort@apple.com

Email Notification, Chris Han chan24@apple.com

Email Notification, Tanya Manno tmanno@apple.com

Email Notification, Monica De Lazzari m_delazzari@apple.com

Email Notification, Julieanne Osborne josborne2@apple.com

**REGISTERED AGENT CONTACT:**

C T Corporation System
208 South LaSalle Street
Suite 814
Chicago, IL 60604
877-564-7529
MajorAccountTeam2@wolterskluwer.com

Wolters Kluwer

**CT Corporation**
**Service of Process Notification**
05/28/2024
CT Log Number 546535952

**REMARKS:** According to the records of the Secretary of State CT Corp is listed as the agent

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.

Wolters Kluwer

# PROCESS SERVER DELIVERY DETAILS

**Date:** Tue, May 28, 2024
**Server Name:** Bryant Hogan

| | |
|---|---|
| Entity Served | APPLE INC. |
| Case Number | 23L9746 |
| Jurisdiction | IL |

| Inserts | | |
|---|---|---|
| | | |

Hearing Date: No hearing scheduled
Location: <<CourtRoomNumber>>
Judge: Calendar, U

This form is approved by the Illinois Supreme Court and is required to be accepted in all Illinois Circuit Courts.

FILED DATE: 5/20/2024 12:01 PM 2023L009746

| STATE OF ILLINOIS, CIRCUIT COURT<br>Cook COUNTY | SUMMONS | For Court Use Only<br>FILED<br>5/20/2024 12:01 PM<br>IRIS Y. MARTINEZ<br>CIRCUIT CLERK<br>COOK COUNTY, IL<br>2023L009746<br>Calendar, U<br>27761973 |
|---|---|---|
| **Instructions ▼** | | |
| Enter above the county name where the case was filed.<br>Enter your name as Plaintiff/Petitioner. | MARY ALDUGOM<br>**Plaintiff / Petitioner** *(First, middle, last name)*<br><br>v. | |
| Enter the names of all people you are suing as Defendants/ Respondents. | APPLE INC.<br>**Defendant / Respondent** *(First, middle, last name)* | 23-L-9746<br>**Case Number** |
| Enter the Case Number given by the Circuit Clerk. | ☐ **Alias Summons** *(Check this box if this is not the 1st Summons issued for this Defendant.)* | |

| | |
|---|---|
| **IMPORTANT INFORMATION:** | There may be court fees to start or respond to a case. If you are unable to pay your court fees, you can apply for a fee waiver. You can find the fee waiver application at: illinoiscourts.gov/documents-and-forms/approved-forms/.<br><br>E-filing is now mandatory with limited exemptions. To e-file, you must first create an account with an e-filing service provider. Visit efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider. If you need additional help or have trouble e-filing, visit illinoiscourts.gov/faq/gethelp.asp or talk with your local circuit clerk's office. If you cannot e-file, you may be able to get an exemption that allows you to file in-person or by mail. Ask your circuit clerk for more information or visit illinoislegalaid.org.<br><br>Call or text Illinois Court Help at 833-411-1121 for information about how to go to court including how to fill out and file forms. You can also get free legal information and legal referrals at illinoislegalaid.org. |
| **Plaintiff/Petitioner:** | Do not use this form in an eviction, small claims, detinue, divorce, or replevin case. Use the *Eviction Summons*, *Small Claims Summons, or Summons Petition for Dissolution of Marriage / Civil Union* available at illinoiscourts.gov/documents-and-forms/approved-forms. If your case is a detinue or replevin, visit illinoislegalaid.org for help.<br><br>If you are suing more than 1 Defendant/Respondent, fill out a *Summons* form for each Defendant/Respondent. |

In **1a**, enter the name and address of a Defendant/ Respondent. If you are serving a Registered Agent, include the Registered Agent's name and address here.

**1. Defendant/Respondent's address and service information:**

a. Defendant/Respondent's primary address/information for service:

Name *(First, Middle, Last)*: APPLE INC.

Registered Agent's name, if any: CT Corporation

Street Address, Unit #: 208 SO. LASALLE ST, STE 814

City, State, ZIP: CHICAGO, IL 60604

Telephone: ____________ Email: ____________

In **1b**, enter a second address for Defendant/ Respondent, if you have one.

b. If you have more than one address where Defendant/Respondent might be found, list that here:

Name *(First, Middle, Last)*: ____________

Street Address, Unit #: ____________

City, State, ZIP: ____________

Telephone: ____________ Email: ____________

In **1c**, check how you are sending your documents to Defendant/ Respondent.

c. Method of service on Defendant/Respondent:

☐ Sheriff ☐ Sheriff outside Illinois: ____________ *County & State*

☑ Special process server ☐ Licensed private detective

Enter the Case Number given by the Circuit Clerk: 2023L009746

FILED DATE: 5/20/2024 12:01 PM 2023L009746

In **2**, enter the amount of money owed to you.

**2. Information about the lawsuit:**

Amount claimed: $ 50,000.00

In **3**, enter your complete address, telephone number, and email address, if you have one.

**3. Contact information for the Plaintiff/Petitioner:**

Name *(First, Middle, Last)*: Mary Aldugom- Keenan Saulter

Street Address, Unit #: 18430 W Creek Drive

City, State, ZIP: Tinley Park, IL 60477

Telephone: (708) 573-0060 Email: kjs@saulterlaw.com

**GETTING COURT DOCUMENTS BY EMAIL:** You should use an email account that you do not share with anyone else and that you check every day. If you do not check your email every day, you may miss important information, notice of court dates, or documents from other parties.

| **Important information for the person getting this form** | You have been sued. Read all of the documents attached to this *Summons*. To participate in the case, you must follow the instructions listed below. If you do not, the court may decide the case without hearing from you and you could lose the case. *Appearance* and *Answer/Response* forms can be found at: illinoiscourts.gov/documents-and-forms/approved-forms/. |
|---|---|

Check **4a** or **4b**. If Defendant/Respondent only needs to file an *Appearance* and *Answer/Response* within 30 days, check box **4a**. Otherwise, if the clerk gives you a court date, check box **4b**.

**4. Instructions for person receiving this *Summons* (Defendant):**

☑ a. To respond to this *Summons,* you must file *Appearance* and *Answer/Response* forms with the court within 30 days after you have been served (*not counting the day of service*) by e-filing or at:

Address: 50 W Washington St #801

City, State, ZIP: Chicago, IL 60602

In **4a,** fill out the address of the court building where the Defendant may file or e-file their *Appearance* and *Answer/ Response*.

☐ b. Attend court:

On: ______________ *Date* at ______________ *Time* ☐ a.m. ☐ p.m. in ______________ *Courtroom*

**In-person at:**

______________________________

*Courthouse Address* *City* *State* *ZIP*

OR

**Remotely** (You may be able to attend this court date by phone or video conference. This is called a "Remote Appearance"):

By telephone: ______________________________
*Call-in number for telephone remote appearance*

By video conference: ______________________________
*Video conference website*

______________________________
*Video conference log-in information (meeting ID, password, etc.)*

Call the Circuit Clerk at: ______________________________ or visit their website
*Circuit Clerk's phone number*

at: ______________________________ to find out more about how to do this.
*Website*

In **4b,** fill out:

- The court date and time the clerk gave you.
- The courtroom and address of the court building.
- The call-in or video information for remote appearances (if applicable).
- The clerk's phone number and website.

All of this information is available from the Circuit Clerk.

**STOP!**
The Circuit Clerk will fill in this section.

**Witness this Date:** ______________________________

**Clerk of the Court:** ______________________________
5/20/2024 12:01 PM IRIS Y. MARTINEZ

**This *Summons* must be served within 30 days of the witness date.**

**STOP!**
The officer or process server will fill in the Date of Service.

Date of Service: ______________________________
*(Date to be entered by an officer or process server on the copy of this Summons left with the Defendant or other person.)*

CIRCUIT COURT OF COOK COUNTY, ILLINOIS

This form is approved by the Illinois Supreme Court and is required to be accepted in all Illinois Circuit Courts.

FILED DATE: 5/20/2024 12:01 PM 2023L009746

| STATE OF ILLINOIS, CIRCUIT COURT<br>Cook COUNTY | **PROOF OF SERVICE OF SUMMONS AND COMPLAINT/PETITION** | *For Court Use Only* |
|---|---|---|
| **Instructions** | | |
| Enter above the county name where the case was filed. | | |
| Enter your name as Plaintiff/Petitioner. | MARY ALDUGOM<br>**Plaintiff / Petitioner** *(First, middle, last name)* | |
| Enter the names of all people you are suing as Defendants/ Respondents. | v.<br><br>APPLE INC.<br>**Defendant / Respondent** *(First, middle, last name)* | |
| Enter the Case Number given by the Circuit Clerk. | ☐ **Alias Summons** *(Check this box if this is not the 1st Summons issued for this Defendant.)* | 23-L-9746<br>**Case Number** |

****Stop. Do not complete the form. The sheriff or special process server will fill in the form.****

**My name is** ______________________________ **and I state**
*First, Middle, Last*

☐ **I served the *Summons* and Complaint/Petition on the Defendant/Respondent**

______________________________ **as follows:**
*First, Middle, Last*

☐ Personally on the Defendant/Respondent:
Male ☐ Female ☐ Non-Binary ☐ Approx. Age: ________ Race: ____________
On this date: ____________ at this time: ________ ☐ a.m. ☐ p.m.
Address, Unit#: ______________________________
City, State, ZIP: ______________________________

☐ On someone else at the Defendant/Respondent's home who is at least 13 years old and is a family member or lives there:
On this date: ____________ at this time: ________ ☐ a.m. ☐ p.m.
Address, Unit#: ______________________________
City, State, ZIP: ______________________________
And left it with: ______________________________
*First, Middle, Last*
Male ☐ Female ☐ Non-Binary ☐ Approx. Age: ________ Race: ____________
and by sending a copy to this defendant in a postage-paid, sealed envelope to the above address on __________ , 20 ______ .

☐ On the Corporation's agent, ______________________________
*First, Middle, Last*
Male ☐ Female ☐ Non-Binary ☐ Approx. Age: ________ Race: ____________
On this date: ____________ at this time: ________ ☐ a.m. ☐ p.m.
Address: ______________________________
City, State, ZIP: ______________________________

FILED DATE: 5/20/2024 12:01 PM 2023L009746

☐ **I was not able to serve the *Summons* and Complaint/Petition on Defendant/Respondent:**

______________________________
*First, Middle, Last*

I made the following attempts to serve the *Summons* and Complaint/Petition on the Defendant/Respondent:

1. On this date: __________ at this time: ______ ☐ a.m. ☐ p.m.
   Address: ______________________________
   City, State, ZIP: ______________________________
   Other information about service attempt: ______________________________

2. On this date: __________ at this time: ______ ☐ a.m. ☐ p.m.
   Address: ______________________________
   City, State, ZIP: ______________________________
   Other information about service attempt: ______________________________

3. On this date: __________ at this time: ______ ☐ a.m. ☐ p.m.
   Address: ______________________________
   City, State, ZIP: ______________________________
   Other information about service attempt: ______________________________

**DO NOT** complete this section. The sheriff or private process server will complete it.

**If you are a special process server, sheriff outside Illinois, or licensed private detective, your signature certifies that everything on the *Proof of Service of Summons* is true and correct to the best of your knowledge. You understand that making a false statement on this form could be perjury.**

Under the Code of Civil Procedure, 735 ILCS 5/1-109, making a statement on this form that you know to be false is perjury, a Class 3 Felony.

**By:**

______________________________
*Signature by:* ☐ Sheriff
☐ Sheriff outside Illinois:

______________________________
*County and State*
☐ Special process server
☐ Licensed private detective

______________________________
*Print Name*

**FEES**

| | | |
|---|---|---|
| Service and Return: | | $ |
| Miles | ______ | $ |
| Total | | $ 0.00 |

If *Summons* is served by licensed private detective or private detective agency:
License Number: ______________________________

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
**COUNTY DEPARTMENT, LAW DIVISION**

| | | |
|---|---|---|
| MARY ALDUGOM, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. |
| | ) | |
| APPLE, INC., | ) | |
| a Delaware Corporation, | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |
| | ) | ***Plaintiff Demands a Jury Trial*** |

## COMPLAINT AT LAW

**NOW COMES** Plaintiff, MARY ALDUGOM, by and through her attorneys, SAULTER LAW, P.C., and for her Complaint at Law against Defendant, APPLE, INC., (hereinafter "APPLE") states as follows:

### I. Nature of Action

1. This lawsuit arises from the actions of a Genius Bar employee believed to be named Dhara (last name unknown) on September 22, 2021 at the Apple Store Genius Bar located at Lincoln Park Apple store at 801 W. North Ave. Chicago, Illinois who deleted files from the Plaintiff's computer despite explicit instructions not to alter the file folder in any way causing the loss of and permanent destruction of property which included years of research, work product and resulted in mental anguish and suffering to the plaintiff.

## II. Jurisdiction and Venue

2. At all times relevant to this complaint Plaintiff, MARY ALDUGOM, was a resident of Cook County, Illinois.

3. At all times relevant to this complaint, Defendant, APPLE, INC. was a Delaware corporation authorized to do business in the state of Illinois with a fixed and ongoing presence of retail operations in Cook County, Illinois.

4. The causes of action in this complaint arise from Illinois state law.

## III. Vicarious Liability

5. Whenever in this complaint it is alleged that a defendant did any act or thing, it is meant that the defendant's agents, officers, servants, borrowed servants, employees or representatives did such act or thing and that the time such act or thing was done, it was done with the full authorization or ratification of defendant or was done in the normal and routine course and scope of employment of defendant's officers, agents, servants, borrowed servants, employees or representatives. The principal is vicariously liable for the acts of the agent because of an employer employee status, agency by estoppel, ostensible agency or borrowed servant doctrine.

## IV. Facts Common to All Counts

6. Ms. Aldugom went to the Genius Bar on September 22, 2021, to inquire about increasing storage for her laptop, or in the alternative, purchasing a new laptop with more storage space.

7. Although Ms. Aldugom had indicated the two solutions she was considering, a Genius Bar associate by the name of Dhara (last name unknown) indicated that something might be wrong with the functionality of Ms. Aldugom's laptop.

8. Based upon the Genius Bar associate's assessment, Ms. Aldugom gave Dhara permission to look into the suspected issue but gave clear instructions that certain files should not be accessed or altered in any way. These files included a folder labeled "graduate work".

9. Ms. Aldugom remained at the Genius Bar while the associate, Dhara, was working on her laptop.

10. After more than an hour, Ms. Aldugom became aware that the associate was likely touching the files she was explicitly told not to by the nature of the questions the associate, Dhara, asked her.

11. Ms. Aldugom then checked files on her iCloud storage through her phone and realized her "graduate work" folder was no longer there.

12. Ms. Aldugom immediately stopped the associate, Dhara, from proceeding and informed her the "graduate work" folder was no longer there.

13. The APPLE associate Dhara exhibited confusion, and lack of competence in her attempted repair work and began to panic.

14. Another Genius Bar associate or manager was called over but could not restore or locate the deleted files.

15. In addition to her "graduate work" folder, Ms. Aldugom realized Dhara had also looked through and deleted personal files as well.

16. The techs tried to recover the files, but in the end, Ms. Aldugom left the Genius Bar suffering a panic attack realizing the extent of the damage that was done and the files that had been deleted.

17. After a week of phone calls and follow-up with Apple technicians, Ms. Aldugom was informed her files were unrecoverable rendering Ms. Aldugom's property not only damaged, but completely destroyed.

18. Ms. Aldugom spent the next several months attempting to recreate what work product she could at detriment to the work she was previously scheduled to perform in her capacity as a working graduate student.

19. Ms. Aldugom also has been unable to reproduce certain work which was detrimental to her graduate work and future employment opportunities.

20. Ms. Aldugom experience prolonged stress, mental anguish, and in addition to the actual file losses suffered, Ms. Aldugom has been experiencing other severe symptoms due to stress, as well as the fact that her work and education have been severely disrupted due to the necessary files being gone and having to recreate them from scratch.

## COUNT I
## NEGLIGENCE

21. Plaintiff repeats, realleges, and incorporates paragraphs one (1) through twenty (20) as though fully set forth herein.

22. At all times relevant to this Complaint, it was the duty of Defendant, APPLE by and through their employees and agents at the Lincoln Park Genius Bar (Including the associate identified as Dhara), to exercise a reasonable degree of care and caution in the operation, management, and control of Defendant's access to the Plaintiff's laptop and files contained thereon, in order to avoid the destruction of Plaintiff's property.

23. That at the time and place previously mentioned, Defendant, APPLE by and through their employees and agents (including the associate identified as Dhara and the unidentified manager), was then and there guilty of one or more of the following careless and negligent acts and/or omissions:

a. Carelessly and negligently operated, maintained, managed, and controlled Plaintiff's laptop while said laptop was in their possession;

b. Failed to keep the files on Plaintiff's laptop in a secure and working order;

c. Failed to preserve the property of the Plaintiff, such that Plaintiff would have continued access to said property;

d. Failed to follow the instructions of the Plaintiff to not touch, alter, access, or otherwise cause damage to the file folder titled "graduate work";

e. Carelessly and negligently caused the destruction of Plaintiff's property, namely the file folder titled "graduate work";

Was otherwise careless and negligent.

24. That as a direct and proximate result of one or more of the aforesaid wrongful acts or omissions of the Defendant, APPLE by and through their employees and agents Associate Dhara and unknown manager, the Plaintiff, MARY ALDUGOM, suffered damage to their personal property including but not limited to the file folder titled "graduate work".

**WHEREFORE,** for the foregoing reasons Plaintiff, MARY ALDUGOM, demands judgment against Defendant, APPLE, that as a direct and proximate result of one or more of the aforesaid wrongful acts or omissions of the Defendant, APPLE by and through their employees and agents (associate Dhara and unknown manager and potential others), in an amount in excess of FIFTY THOUSAND DOLLARS ($50,000), the minimum jurisdictional amount of this Court, and any and all other relief this Court deems appropriate.

## COUNT II
## Negligent Infliction of Emotional Distress

25. Plaintiff repeats, realleges, and incorporates paragraphs one (1) through twenty (20) as though fully set forth herein.

26. At all times relevant to this Complaint, it was the duty of Defendant, APPLE by and through their employees and agents at the Lincoln Park Genius Bar (Including the associate identified as Dhara), to exercise a reasonable degree of care and caution in the operation, management, and control of Defendant's access to the Plaintiff's laptop and files contained thereon, in order to avoid the destruction of Plaintiff's property.

27. That at the time and place previously mentioned, Defendant, APPLE by and through their employees and agents (including the associate identified as Dhara and the unidentified manager), breached their duty and was then and there guilty of one or more of the following careless and negligent acts and/or omissions:

a. Carelessly and negligently operated, maintained, managed, and controlled Plaintiff's laptop while said laptop was in their possession;

b. Failed to keep the files on Plaintiff's laptop in a secure and working order;

c. Failed to preserve the property of the Plaintiff, such that Plaintiff would have continued access to said property;

d. Failed to follow the instructions of the Plaintiff to not touch, alter, access, or otherwise cause damage to the file folder titled "graduate work";

e. Carelessly and negligently caused the destruction of Plaintiff's property, namely the file folder titled "graduate work";

Was otherwise careless and negligent.

28. Defendants and their agents negligently engaged in certain acts as alleged herein and above, which proximately resulted in injury and emotional distress to Plaintiff.

29. At all times material herein, Defendant knew, or in the exercise of ordinary care should have known, that unless Defendants and their agents ceased

to engage in the aforementioned acts and the conduct of Defendants' agents, as alleged herein, that the conduct would subject the Plaintiff to personal injury and emotional distress.

30. As a direct, proximate and foreseeable result of Defendants' actions against Plaintiff, as alleged above, Plaintiff has suffered special damages including but not limited to loss of future earnings, personal property damage and total loss.

31. As a further direct and proximate result of Defendants' actions against Plaintiff, as alleged above, Plaintiff has suffered and continues to suffer general damages including but not limited to significant and enduring emotional distress including mental anguish and physical distress.

**WHEREFORE**, for the foregoing reasons Plaintiff, MARY ALDUGOM, demands judgment against Defendant, APPLE, that as a direct and proximate result of one or more of the aforesaid wrongful acts or omissions of the Defendant, APPLE by and through their employees and agents (associate Dhara and unknown manager and potential others), in an amount in excess of FIFTY THOUSAND DOLLARS ($50,000), the minimum jurisdictional amount of this Court, and any and all other relief this Court deems appropriate.

By: *Keenan J. Saulter*
Keenan J. Saulter

One of the Attorneys for Plaintiff

Keenan J. Saulter—kjs@saulterlaw.com
Rachel E. Oliver—rachel@saulterlaw.com
**Saulter Law P.C.**
Cook County Atty. No.: 62681
18430 West Creek Drive
Tinley Park, Illinois 60477
708.573.0060 Telephone
708.573.0068 Facsimile

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
**COUNTY DEPARTMENT, LAW DIVISION**

| | | |
|---|---|---|
| MARY ALDUGOM, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. |
| | ) | |
| APPLE, INC.,<br>a Delaware Corporation, | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |
| | ) | ***Plaintiff Demands a Jury Trial*** |

**<u>AFFIDAVIT PURSUANT TO SUPREME COURT RULE 222(B)</u>**

Pursuant to Supreme Court Rule 222 (B), counsel for the above-named Plaintiff certifies that the Plaintiff seeks money damages in excess of Fifty Thousand and 00/100ths Dollars ($50,000).

By: *<u>Keenan J. Saulter</u>*

Attorney for Plaintiff

[X]Under penalties as provided by law pursuant to 735 ILCS 5/1-109 of the Code of Civil Procedure, I certify that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that I verily believe the same to be true.

Keenan J. Saulter—kjs@saulterlaw.com
Rachel E. Oliver—rachel@saulterlaw.com
**Saulter Law P.C.**
Cook County Atty. No.: 62681
18430 West Creek Drive
Tinley Park, Illinois 60477
708.573.0060 Telephone
708.573.0068 Facsimile

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
**COUNTY DEPARTMENT, LAW DIVISION**

| | | |
|---|---|---|
| MARY ALDUGOM, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. |
| | ) | |
| APPLE, INC., | ) | |
| a Delaware Corporation, | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |
| | ) | ***Plaintiff Demands a Jury Trial*** |

**JURY DEMAND**

Plaintiff demands trial by jury in this matter.

Dated: September 22, 2023

By: *Keenan J. Saulter*
One of the Attorneys for Plaintiff

Keenan J. Saulter—kjs@saulterlaw.com
Rachel E. Oliver—rachel@saulterlaw.com
**Saulter Law P.C.**
Cook County Atty. No.: 62681
18430 West Creek Drive
Tinley Park, Illinois 60477
708.573.0060 Telephone
708.573.0068 Facsimile